# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148463

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                       SC: 148463
                                       COA: 317610
                                       Macomb CC: 2012-004295-FH;
                                                       2012-004261-FH;
                                                       2012-004260-FH

GLENN RICCARDO TILL, JR.,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the November 20, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     VIVIANO, J., did not participate because he presided over this case in the circuit court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014                              

s0421                                                                  Clerk